**Carlos Soto MORENO, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14–72395.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 7, 2015.*

Filed Dec. 9, 2015.

Keren Zwick, Esquire, Chicago, IL, Christopher J. Kelly, Esquire, Mayer Brown LLP, Palo Alto, CA, for Petitioner.

Dana Michelle Camilleri, OIL, Yanal H. Yousef, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, BYBEE and CHRISTEN, Circuit Judges.

**MEMORANDUM ****

The Board of Immigration Appeals ("BIA") "erred in assuming that recent anti-discrimination laws in Mexico have made life safer for transgender individuals while ignoring significant record evidence of violence targeting them." *Avendano–Hernandez v. Lynch,* 800 F.3d 1072, 1075 (9th Cir.2015). On remand, the BIA shall take into consideration the dangers faced by transgender women in Mexico when

reviewing Ms. Soto's application for asylum, withholding of removal and protection under the Convention Against Torture.

We **GRANT** Ms. Soto's petition and **REMAND** for further proceedings consistent with this disposition and *Avendano–Hernandez.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.